## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CATHERINE KHORDI,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>Defendants. | Civil Action No.: 11-4233 (PGS)<br><br>**ORDER** |

A Report and Recommendation was filed on December 2, 2011, recommending that this Court dismiss this case without prejudice based on Plaintiff's failure to comply with Court Orders and to prosecute this case. (ECF No. 10). The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Federal Rule of Civil Procedure 72(b)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and for good cause shown;

It is on this 19th day of December, 2011,

ORDERED that the Report and Recommendation of Magistrate Judge Bongiovanni is hereby adopted as the opinion of the Court, and it is further

ORDERED that Plaintiff's case is DISMISSED without prejudice.

_____
PETER G. SHERIDAN, U.S.D.J.

December 19, 2011